

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-17-00604-CR

Markus Lorenzo **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5941
The Honorable Laura Lee Parker, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time is GRANTED. The appellant's brief is deemed filed.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court